UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TULSI GABBARD and TULSI NOW, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HILLARY RODHAM CLINTON, <br><br> Defendant. | Case No. 20-cv-558 <br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gloria K. Maier, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Hillary Clinton in the above-captioned action.

I am a member in good standing in the bars of the State of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 11, 2020     **WILLIAMS & CONNOLLY LLP**

By:   */s/ Gloria K. Maier*
      Gloria K. Maier
      725 Twelfth Street, N.W.
      Washington, D.C. 20005
      Tel: (202) 434-5000
      Fax: (202) 434-5029
      gmaier@wc.com

      *Attorney for Defendant Hillary Clinton*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, I caused to be filed electronically the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/ Gloria K. Maier