UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TULSI GABBARD and TULSI NOW, INC.,

        Plaintiffs,

v.

HILLARY RODHAM CLINTON,

        Defendant.

Case No. 20-cv-558

**AFFIDAVIT OF GLORIA K. MAIER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Gloria K. Maier, being first duly sworn, deposes and says:

I am currently a member in good standing of the bars of Maryland and the District of Columbia. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 11, 2020

_____
Gloria K. Maier

Subscribed and sworn to before me

This 11 day of February, 2020

_____
Notary Public
My Commission Expires

DOROTHY M. WILLIAMS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2023