UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TULSI GABBARD and TULSI NOW, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HILLARY RODHAM CLINTON, <br><br> Defendant. | Case No. 20-cv-558 <br><br> [*PROPOSED*] ORDER GRANTING MOTION FOR GLORIA K. MAIER TO PRACTICE *PRO HAC VICE* |

The Motion of Gloria K. Maier for Admission to Practice *Pro Hac Vice* in the above-captioned action is **GRANTED**. Applicant has declared that she is a member in good standing of the bars of Maryland and the District of Columbia, and that her contact information is as follows:

> Gloria K. Maier
> WILLIAMS & CONNOLLY LLP
> 725 12th Street, N.W.
> Washington, DC  20005
> Telephone: (202) 434-5213 (direct)
> Fax: (202) 434-5029
> E-Mail:  gmaier@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Hillary Rodham Clinton in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2020                    _____

United States District/Magistrate Judge