**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TULSI GABBARD and TULSI NOW, INC.,

               Plaintiffs,

       v.                           Civil Action No. 20-cv-558

HILLARY RODHAM CLINTON,        **ORAL ARGUMENT REQUESTED**

               Defendant.

**NOTICE OF DEFENDANT HILLARY RODHAM CLINTON'S**
**MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, declaration, and exhibits, Defendant Hillary Rodham Clinton, by and through the undersigned counsel, will move this Court, before the Honorable Valerie Caproni, United States District Judge, in Courtroom 443 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007, on such day and at such time designated by the Court, for an Order dismissing the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

                                      Respectfully submitted,

                                      *s/ David E. Kendall*
                                      David E. Kendall (Bar No. DK8983)
                                      Katherine M. Turner (*pro hac vice*)
                                      Amy Mason Saharia (*pro hac vice*)
                                      Gloria K. Maier (*pro hac vice*)

                                      WILLIAMS & CONNOLLY LLP
                                      725 Twelfth Street N.W.
                                      Washington, DC 20005

650 Fifth Avenue
Suite 1500
New York, NY 10019
Tel: (202) 434-5000
Fax: (202) 434-5029
dkendall@wc.com

*Attorneys for Hillary Rodham*
*Clinton*

Dated: March 13, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, I caused to be filed electronically the foregoing Notice Of Defendant Hillary Rodham Clinton's Motion To Dismiss The Complaint For Failure To State A Claim with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*s/ David E. Kendall*
David E. Kendall