USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TULSI GABBARD AND TULSI NOW, INC., :
                              Plaintiffs, :
                                        : 20-CV-558 (VEC)
             -against- :
                                        : ORDER
HILLARY RODHAM CLINTON, :
                              Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiffs filed a Complaint on January 22, 2020 (Dkt. 1);

WHEREAS Defendant filed a motion to dismiss the Complaint on March 13, 2020 (Dkt. 20);

WHEREAS Plaintiffs filed an Amended Complaint on March 31, 2020 (Dkt. 23);

IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss the Complaint is dismissed as moot.

2. No later than **May 5, 2020** Defendant must answer or move against Plaintiffs' Amended Complaint. If Defendant moves to dismiss the Amended Complaint, Plaintiffs' opposition is due **June 1, 2020**. Defendant's reply is due **June 15, 2020**.

3. The pretrial conference currently scheduled for May 1, 2020 at 10:00 a.m. is adjourned to **June 19, 2020 at 10:00 a.m.** The parties' joint submissions are due by **June 11, 2020**.

The Clerk of Court is respectfully directed to close the open motion at docket entry 20.

**SO ORDERED.**

Date: April 1, 2020
      New York, New York

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**