UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tulsi Gabbard and Tulsi Now, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Hillary Clinton, <br><br> Defendant. | Civil Action No. 1:20-cv-00558 |

**PLAINTIFFS TULSI GABBARD AND
TULSI NOW, INC.'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tulsi Gabbard and Tulsi Now, Inc. dismiss this action. While they remain certain of the action's legal merit, they are just as certain that this new COVID and post-COVID world require them to focus their time and attention on other priorities, including defeating Donald Trump in 2020, rather than righting the wrongs here.

Date: May 27, 2020                    Respectfully Submitted,

_____
Dan Terzian (admitted *pro hac vice*)
*dan.terzian@warrenterzian.com*
WARREN TERZIAN LLP
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
Tel: (213) 410-2620

Janice Roven (Bar No. 2045284)
*jroven@rovenlawgroup.com*
ROVEN LAW GROUP
355 Lexington Ave., Suite 401
New York, NY 10017
Tel: (212) 262-3280

*Counsel for Plaintiffs Tulsi Gabbard and Tulsi Now, Inc.*